UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS JOHN FILLEY et al,<br><br>Defendant. | CASE NO. C23-0642-KKE<br><br>ORDER DIRECTING PLAINTIFF TO DEPOSIT FUNDS<br><br>Clerk's Action Required |

THIS MATTER came before the Court on Plaintiff Brighthouse Life Insurance Company's motion for entry of an Order under Federal Rules of Civil Procedure 22 and 67 and 28 U.S.C. § 1335, directing Brighthouse to deposit with the Registry of the Court certain death benefit proceeds ("Death Benefit") due as a consequence of the death of Bette Filley (the "Owner") in connection with Variable Annuity number 3204243466 (the "Annuity"), which is an Individual Retirement Account originally issued to Laurence Filley. No Defendants have opposed the Motion. Upon consideration of the Motion and the applicable law,

IT IS HEREBY ORDERED that:

1) Brighthouse's motion is GRANTED;

ORDER DIRECTING PLAINTIFF TO DEPOSIT FUNDS- 1

2) Within thirty (30) days of Brighthouse's receipt of this Order, Brighthouse shall issue to the Clerk of this Court a check equal to the amount of the Death Benefit, plus applicable interest, if any, as calculated on the date of distribution;

3) The funds are to be deposited into the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. § 1335; and

4) The Clerk of Court shall deposit said funds into an interest-bearing account pending further direction from the Court.

Dated this 29th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge