UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br>        Plaintiff,<br><br>v.<br><br>THOMAS JOHN FILLEY, Individually and as Co-Trustee of the Kathy Filley Special Needs Trust dated March 2, 2020,<br>BARBARA SENTINO, Individually and as Co-Trustee of the Kathy Filley Special Needs Trust dated March 2, 2020,<br>PATRICIA LYNN MESSENGER, Individually and as Executor of the ESTATE OF BETTE FILLEY<br>KATHRYN GWYN FILLEY, and<br>RICHARD D. FILLEY,<br>        Defendants.<br><br>THOMAS JOHN FILLEY, Individually and as Co-Trustee of the Kathy Filley Special Needs Trust dated March 2, 2020, and<br>BARBARA SENTINO, Individually and as Co-Trustee of the Kathy Filley Special Needs Trust dated March 2, 2020,<br>        Cross-Plaintiffs,<br>v.<br><br>PATRICIA LYNN MESSENGER, Individually and as Executor of the ESTATE OF BETTE FILLEY KATHRYN GWYN FILLEY, and RICHARD D. FILLEY,<br>        Cross-Defendants. | NO. 2:23-cv-00642-KKE<br><br>ORDER FOR DISBURSEMENT OF DISPUTED OWNERSHIP FUNDS FROM COURT REGISTRY<br><br>[CLERK'S ACTION REQUIRED] |

ORDER FOR DISBURSEMENT OF DISPUTED OWNERSHIP FUNDS FROM COURT REGISTRY
Page 1

**Oseran Hahn P.S.**
11225 SE 6th Street, Suite 100
Bellevue, WA 98004
Phone:  425-455-3900
Facsimile:  425-455-9201

# I. ORDER

Interpleader Defendants Thomas John Filley and Barbara Sentino, Individually and as co-trustees of the Kathy Filley Special Need Trust dated March 2, 2020, Robert Filley, and Kathy Filley (the "Filley Parties"), by and through their attorney of record, Teruyuki S. Olsen, and Patricial Lynn Messenger, individually and as Executor of the Estate of Bette Filley (the "Messenger Parties") jointly moved the Court to disburse funds held in the Court Registry, of which the principal amount of deposit was $292,979.89, were deposited by order of the Court dated October 25, 2023. Dkt. 33. The Court, having reviewed the Stipulated Motion for Disbursement of Registry Funds and Joint Status Report on Settlement (the "Stipulated Motion"), and finding the parties have complied with LCR 67, the Stipulated Motion is GRANTED, and it is hereby ORDERED

The clerk is authorized and directed to draw checks on the funds deposited in the registry of this court as follows:

CHECK 1: $58,595.98 of the principal amount, plus 20% of accrued interest, payable to REED LONGYEAR MALNATI CORWIN & BURNETT, PLLC IOLTA, and mail or deliver the check to REED LONGYEAR MALNATI CORWIN & BURNETT, PLLC IOLTA.

CHECK 2: $234,383.91 of the principal amount, plus 80% of accrued interest, payable to OSERAN HAHN, P.S. IOLTA, and mail or deliver the check to OSERAN HAHN, P.S. IOLTA.

//
//

ORDER FOR DISBURSEMENT OF DISPUTED OWNERSHIP FUNDS FROM COURT REGISTRY
Page 2

**Oseran Hahn P.S.**
11225 SE 6th Street, Suite 100
Bellevue, WA 98004
Phone:  425-455-3900
Facsimile:  425-455-9201

The checks are to be mailed by the Clerk to the addresses provided by the Filley Parties and Messenger Parties to the Clerk's Office Finance Department upon entry of this order and provision of the parties of addresses and completed IRS W-9 forms pursuant to LCR 67(b).

SO ORDERED this 19th day of July, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

OSERAN HAHN P.S.

By: */s/ Teruyuki S. Olsen*
  Teruyuki S. Olsen WSBA No. 40855
  Nicholas J. Pleasants, WSBA No. 49753
  Attorney for Thomas John Filley and
  Barbara Sentino, Kathy Filley and Richard Filley

REED LONGYEAR MALNATI CORWIN & BURNETT PLLC

By: */s/ Gregory L. Porter*
  Jason W. Burnett, WSBA No. 30516
  Gregory L. Porter, WSBA No. 53003
  Attorney for Patricial Lynn Messenger

ORDER FOR DISBURSEMENT OF DISPUTED OWNERSHIP
FUNDS FROM COURT REGISTRY
Page 3

**Oseran Hahn P.S.**
11225 SE 6th Street, Suite 100
Bellevue, WA 98004
Phone: 425-455-3900
Facsimile: 425-455-9201